Woodlawn Union Baptist Church et al., Appellees, v. Hamilton D. Martin et al., Appellants.

Gen. No. 41,443.

opinion filed January 22, 1941. A. L. Williams and Joseph E. Clayton, Jr., for appellants; William H. Haynes and William H. Harrison, for appellees; William H. Haynes, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. "Not to be published in full."